O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**ENTERED JS-6**

| | |
|---|---|
| CLYDE JOHN WILLIAMS JR., JANET VARTANIAN<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a corporation dba HYATT REGENCY SUITES PALM SPRINGS; CITY OF PALM SPRINGS, a municipal entity; HOPE O'BRIEN; MATTHEW CRISP; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. EDCV06-01204 SGL (JCRx)<br><br><br>JUDGMENT BY THE COURT WITHOUT A JURY |

The above-entitled cause came on for trial on September 9, 2008, before Judge Stephen G. Larson presiding without a jury. Robert L. Bastian and Marina R. Dini appeared as counsel for plaintiffs Clyde John Williams Jr. and Janet Vartanian and David G. Freedman appeared as counsel for defendants Hyatt Corporation, Hope O'Brien, and Matthew Crisp.

Oral and documentary evidence was introduced on behalf of the parties and the case was argued and submitted for decision. The court, having considered the evidence and heard arguments of counsel and being fully advised, made findings of fact and conclusions of law in favor of defendants on all claims alleged by plaintiffs.

Based the foregoing, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiffs Clyde John Williams Jr. and Janet Vartanian recover nothing from defendants Hyatt Corporation, Hope O'Brien, and Matthew Crisp, the action is dismissed on the merits, and defendants Hyatt Corporation, Hope O'Brien, and Matthew Crisp recover costs according to proof from plaintiffs Clyde John Williams Jr. and Janet Vartanian.

Dated:  September 18, 2008

_____
United States District Judge

Submitted by:

David G. Freedman
Attorney for Defendants
Hyatt Corporation,
Hope O'Brien and Matthew Crisp